UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Criminal Case No. 18-20391
                                        Hon. Matthew F. Leitman

vs.

BRANDON DOW CHILDERS,

        Defendant.

---

# FINAL ORDER OF FORFEITURE

On November 19, 2018, a Preliminary Order of Forfeiture was entered against Defendant (ECF No. 22) (hereinafter the "Order"). The Order forfeited all of Defendant's right, title and interest in the following property (hereinafter "Subject Property"):

    a. Defense Procurement Mfg. Services A15 Rifle, .223 caliber, serial number: FFH102911, (18-ATF-019749);
    b. Glock 19 Pistol, 9 mm, serial number: PSV250, (18-ATF-019751);
    c. Smith & Wesson SD9VE Pistol, 9 mm, serial number: HET9587, (18-ATF-019753);
    d. Smith & Wesson 38 Revolver, .38 caliber, serial number: CHS3021, (18-ATF-019754);
    e. Llama (Gabilondo & CIA) C0manche III Revolver, .357 caliber, serial number: S877885, (18-ATF-019755);
    f. Taurus International PT738 TCP Pistol, .380 caliber, serial number: 1D122439, (18-ATF-019756);

    g. Smith & Wesson M&P 40 Pistol, .40 caliber, serial number: HSL1178, (18-ATF-019757);
    h. Century Arms International Rifle, 7.62 mm, serial number: RAS47074471, (18-ATF-019758);
    i. Titan Mfg. Corp. Titan Pistol, .25 caliber, serial number: unknown, (18-ATF-019760);
    j. Ammunition; and
    k. One ballistic vest.

Defendant had no objection of the forfeiture of the Subject Property. It was not until recent that the government received word from the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), that the Ammunition "j" and Ballistic Vest, "k" as outlined within the Subject Property, is currently in the custody of the Michigan State Police ("MSP"), and is not in federal custody. ATF has learned that MSP will handle the destruction of the Ammunition and Ballistic Vest.

Pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, it is now appropriate for the Court to enter a Final Order of Forfeiture by Amending the Preliminary Order of Forfeiture with respect to the Ammunition and Ballistic Vest to clarify that although they have been forfeited as to the Defendant, the government does not have possession of this property, and will not be disposing of it as stated within the Order. Instead, MSP will be disposing of the Ammunition and Ballistic Vest.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that there is good cause to enter a Final Order of Forfeiture in this action that amends the Preliminary Order of Forfeiture entered by this Court on November 19, 2018 to add the following paragraph: the Ammunition and Ballistic Vest have been forfeited as to the Defendant, but the United States does not have custody of this property and will not be disposing of it as stated with the November 19, 2018 Order. The Ammunition and Ballistic Vest remain in the custody of the MSP, and MSP will handle the destruction of the Ammunition and Ballistic Vest.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764